EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Marcos A. Morell Corrada | 2004 TSPR 36 <br><br> 161 DPR ____ |

Número del Caso: TS-4569

Fecha: 10 de marzo de 2004

Oficina de Inspección de Notarías:
                    Lcda. Carmen H. Carlos
                    Directora

Abogado de la Parte Peticionaria:
                    Por Derecho Propio

Materia: Moción en Solicitud Urgente de Reincorporación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Marcos A. Morell Corrada

                          4569

                        RESOLUCION


San Juan, Puerto Rico, a 10 de marzo de 2004.

        Examinada la Moción en Solicitud Urgente de Reincorporación presentada por Marcos A. Morell Corrada en la que expone que ha cumplido con los términos de la suspensión de un año del ejercicio de la abogacía, según lo dispuesto en la Opinión Per Curiam y Sentencia del 5 de marzo de 2003, In re: Marcos Morell Corrada, José Alcover García, 2003 TSPR 034, se ordena únicamente su reinstalación inmediata al ejercicio de la abogacía.

        En cuanto al ejercicio de la notaría, se le concede al licenciado Morell Corrada un término de treinta (30) días para contestar el Informe sobre el Estado de la Obra Notarial Incautada sometido por la Lic. Carmen H. Carlos, Directora de la Oficina de Inspección de Notaría, y subsanar las deficiencias señaladas en el Informe de Inspección. Se le apercibe al licenciado Morell Corrada que su incumplimiento con esta orden conllevará su suspensión automática de la abogacía.

        Notifíquese por la vía telefónica y la ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Corrada del Río inhibido.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo